# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00979-ADA |
| | § | |
| 3SHAPE A/S, 3SHAPE TRIOS A/S, 3SHAPE TRIOS A/S, 3SHAPE A/S, 3SHAPE TRIOS A/S, 3SHAPE A/S | § | |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by Zoom on **Friday, August 13, 2021 at 09:30 AM**.

IT IS SO ORDERED this 20th day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE