**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> 3SHAPE A/S and 3SHAPE TRIOS A/S <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 6:20-cv-00979 <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION TO ISSUE LETTERS OF
REQUEST FOR INTERNATIONAL DISCOVERY**

Plaintiff and Counterclaim Defendant Align Technology, Inc. ("Align") seeks foreign discovery from witnesses residing in Denmark. Align has attached an Appendix with a Letter of Request of Documents and a Deposition. Align respectfully requests that the Court execute the Letter of Request attached as Appendix A. Align further requests that, after the Court has signed the Letter of Request, the Clerk of this Court authenticate the Court's signature under the seal of this Court, and return the original signed and sealed executed Letter, and two certified copies of the signed and sealed executed Letters, to Align's counsel, Barry K. Shelton, for delivery to the proper authority.

Defendants 3Shape A/S and 3Shape TRIOS A/S indicated they do not oppose this request.

Dated: September 3, 2021                 By: */s/ Faye Paul Teller*
                                                     Barry K. Shelton (TX Bar No. 24055029)
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Tel: (512) 263-2165
Fax: (512) 263-2166
bshelton@sheltoncoburn.com

Mark L. Levine (IL Bar No. 6201501)
Faye Paul Teller (IL Bar No. 6306719)
Amy R. Gore (IL Bar No. 6329788)
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
mark.levine@bartlitbeck.com
faye.paul@bartlitbeck.com
amy.gore@bartlitbeck.com

Joseph C. Smith, Jr. (CO Bar. No. 20994)
John M. Hughes (CO Bar No. 38295)
Jason C. Murray (CO Bar No. 43652)
Meg E. Fasulo (CO Bar No. 51583)
Sundeep K. Addy (CO Bar No. 38745)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
joseph.smith@bartlitbeck.com
john.hughes@bartlitbeck.com
jason.murray@bartlitbeck.com
meg.fasulo@bartlitbeck.com
rob.addy@bartlitbeck.com

*Attorneys for Plaintiff and Counterclaim Defendant*
ALIGN TECHNOLOGY, INC.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ *Faye Paul Teller*